IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JESSICA TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLESTON SOUTHERN UNIVERSITY,<br><br>    Defendant. | C.A. No. 2:22-cv-03387-DCN<br><br>**CONSENT AMENDED SCHEDULING ORDER** |

  Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and the least possible cost to litigants. Discovery may begin upon receipt of this order.

1.  Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than **December 7, 2022**.[1]

2.  Rule 26(a)(1) Initial Disclosures: The Parties have agreed to waive initial disclosures under Fed. R. Civ. P. 26(a)(1).

3.  Rule 26(f) Report: No later than **January 13, 2023**, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.[2]

4.  Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than **February 10, 2023**.

---

[1] Plaintiff's counsel shall initiate the scheduling of the Rule 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances. At conference, the parties shall confer concerning all matters set forth in Rule 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary. See attached form – RULE 26(f) REPORT.

[2] Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report. See also Local Civil Rule 26.02 (rules for answering court interrogatories).

5. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:[3]

   Plaintiff: **May 17, 2023**
   Defendant: **June 16, 2023.**

6. <u>Discovery</u>: Discovery shall be completed no later than **August 11, 2023**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

7. <u>Motions in Limine</u>: Motions in limine must be filed at least three weeks prior to jury selection.

8. <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-.12, mediation shall be completed in this case on or before **September 15, 2023**.[4] Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

9. <u>Dispositive Motions</u>: All dispositive motions and all <u>Daubert</u> motions shall be filed on or before **October 30, 2023**.[5]

10. <u>Trial</u>: This case is subject to being called for jury selection and/or trial on or after **December 4, 2023.**

    **IT IS SO ORDERED.**

                                                    _____
                                                    HONORABLE DAVID C. NORTON
                                                    UNITED STATES DISTRICT JUDGE

December 14, 2022
Charleston, South Carolina

---

[3] *See* Fed. R. Civ. P. 26(a)(2) and (a)(2)(B). Note that while Fed. R. Civ. P. 26(a)(2) does not require filing any portion of the written report or disclosure, Judge Norton requires filing of a document which identifies the expert and certifies compliance with this rule.

[4] Standing Order to Conduct Mediation of Judge Norton, which sets forth additional mediation requirements applicable to this case available at www.scd.uscourts.gov.

[5] The court routinely schedules hearings on substantive motions. The court will not consider arguments raised at hearings that were not included in the parties' briefs nor will the court consider any new arguments raised in a reply brief.

2