AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jessica Taylor,<br>*Plaintiff*<br>v.<br>Charleston Southern University,<br>*Defendant(s)* | Civil Action No.   2:22-cv-3387-BHH |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Summary judgment is entered in favor of the Defendant. Plaintiff, Jessica Taylor, shall take nothing of the Defendant, Charleston Southern University, as to the complaint filed pursuant to 42 U.S.C. § 12117.

This action was *(check one):*

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:  September 26, 2024

ROBIN L. BLUME, CLERK OF COURT

s/R. Heinen
_____
*Signature of Clerk or Deputy Clerk*